for respondent. No opinion. Order modified by striking out the costs in the court below, and, as modified, affirmed, without costs. Settle order on notice.

BIRKBECK INVESTMENT SAVINGS & LOAN CO. OF AMERICA, Respondent, v. RAPF et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by the Birkbeck Investment Savings & Loan Company of America against Joshua Rapf and others. No opinion. Motion granted, on condition that the appellants pay $10 costs and file their papers forthwith.

In re BISSING. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) In the matter of the application of Gustav Bissing for admission to the bar. No opinion. Application granted.

BLACK, Respondent, v. GERZOG, Appellant, et al. (two cases). (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Actions by Louis Black against George Gerzog, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs.

BLANCK, Respondent, v. PRESTON. Appellant. (Supreme Court, Appellate Division, Second Department. June, 1906.) Action by Mary Ann Blanck against Charles M. Preston, as receiver of the New York Building Loan Banking Company. No opinion. Judgment modified by striking out the provision for the payment to the plaintiff of $1,159.14, and by changing the provision for a warranty deed to one for a receiver's deed, and, as thus modified, affirmed, without costs.

BLOCK, Appellant, v. BRAUN, Respondent. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by Morris Block against John Braun. No opinion. Order affirmed, with $10 costs and disbursements.

BLOUNT v. CITY OF TROY. (Supreme Court, Appellate Division, Third Department. January 18, 1907.) Action by Ira Blount, administrator, etc., of Ira F. Blount, deceased, against the city of Troy. No opinion. Motion denied.

In re BOARD OF RAPID TRANSIT RAILROAD COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) In the matter of the application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the appointment of three commissioners, etc., Brooklyn and Manhattan Loop Lines, Brooklyn Sections. No opinion. Report confirmed, and order signed.

BOECK, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by Mary G. Boeck against Alfred H. Smith and another. F. Bien, for appellants. C. C. Marsh,

for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BOICE, Respondent, v. MUNICIPAL TELEGRAPH & STOCK CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 18, 1907.) Action by Hewitt Boice against the Municipal Telegraph & Stock Company.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

PARKER, P. J., not sitting.

BONNEVILLE PORTLAND CEMENT CO., Respondent, v. O'BRIEN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by the Bonneville Portland Cement Company against John J. O'Brien and others. J. W. Browne, for appellants. G. M. Clarke, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BOUTWELL, Appellant, v. GLOBE & RUTGERS FIRE INS. CO. OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. January 11, 1907.) Appeal from Judgment on Report of Referee. Action by William A. Boutwell against the Globe & Rutgers Fire Insurance Company of the city of New York. From a judgment entered on the decision of a referee dismissing the complaint, plaintiff appeals. Affirmed. George Whitefield Betts, Jr., for appellant. Frederic R. Coudert (John P. Murray, on the brief), for respondent.

PER CURIAM. Judgment affirmed, with costs.

LAUGHLIN, J. (dissenting). This is an action on an assigned claim for fire insurance. The assignor of the assignor of the plaintiff, one Moore, owned the steam dredge, Mobile, which was in Savannah Harbor. He also owned various other steam dredges. One Thomason, a broker, represented Moore in procuring insurance on his dredges. On the 7th day of January, 1902, Moore, being of the impression that a $5,000 policy on the Mobile, issued by the Phœnix Company, had been canceled, and that certain policies insuring his steam dredge Fairplay, which was also at Savannah, were void, wrote Thomason among other things: "I wish policies amounting to $10,000 on the Mobile and Fairplay, as $10,000 on each dredge is all I care to carry at present. I have one policy now, No. 2,679 Phœnix, expiring 6/19/'02, though I do not know whether this has been canceled or not. You have all the other policies. Please send policies to me here as early as possible, and inform me when they are placed. * * * Would also like to have a memorandum showing what insurance you have of mine and when expiring." The testimony of Thomason is conflicting. He testified both that the records in his office show that a Phœnix policy for $5,000 on the Mobile had been canceled, leaving, according to his records, only $5,000 insurance on the Mobile, and he also testified that his records showed that the policy had not been canceled. His testimony is also somewhat uncertain as to